

# IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
## GALVESTON DIVISION

ENTERED
06/20/2018

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| MICHELLE CONNELY | § | CASE NO. 16-80356 |
| *Debtor* | § | (Chapter 13) |
| | § | |

### ORDER APPROVING COMPROMISE AND SETTLEMENT AGREEMENT IN ADVERSARY NO. 17-08002
(Relates to Dkt # 97))

Came on for consideration the Joint Motion of Michelle Connely ("Connely"), plaintiff in the above-captioned proceeding and debtor in the above-captioned case, and Christian Consultants of Texas, LLC ("CCT"), Kevin Pawlowski ("Pawlowski"). The Court concludes that the proposed settlement is reasonable, in the best interests of the estate, and should be approved. With no further notice being required, it is accordingly.

**ORDERED**:

The Compromise and Settlement Agreement is approved in Adversary No 17-08002.

Signed: June 18, 2018

_____
Marvin Isgur
United States Bankruptcy Judge